# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

FILED ✓ / LODGED __
RECEIVED __ / COPY __
JUL 1 2002
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| **Mastell Dry Cleaners,** | )<br>)<br>) CIV 02-0282 PHX-RGS |
| Plaintiff(s), | )<br>) |
| v. | )<br>) |
| **Fireman's Fund Insurance,** | )<br>) |
| Defendant(s). | ) |

_____  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__XX__  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** per the Court's order of May 28, 2002 this case is dismissed. Plaintiff to take nothing.

July 1, 2002  
Date

RICHARD H. WEARE  
District Court  
Executive/Clerk

_____  
(By) Deputy Clerk

cc: (all counsel)

